Honorable _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY C. OCKLETREE, Individually,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCAN HEALTH SYSTEM, a Washington Corporation, d/b/a/ ST. JOSEPH HOSPITAL; and JOHN and JANE DOE(S) (1-10),<br><br>    Defendants. | NO.<br><br>NOTICE OF REMOVAL |

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR WESTERN WASHINGTON

AND TO:   DWAYNE L. CHRISTOPHER, Attorney for Plaintiff

   PLEASE TAKE NOTICE THAT Defendant FRANCISCAN HEALTH SYSTEM, a Washington Corporation d/b/a ST. JOSEPH HOSPITAL, pursuant to 28 U. S. C. §§ 1331, 1367 and 1441(b) hereby give formal notice of removal of this action to the United States District Court of Washington at Tacoma from Pierce County Superior Court.  This removal of this action is p remised upon original jurisdiction.  Defendant states the grounds for removal as follows:

NOTICE OF REMOVAL - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3271413.1

1.	Plaintiff Larry Ockletree filed his Complaint for Damages in the Superior Court of the State of Washington for Pierce County on August 25, 2010.  On September 22, Plaintiff served a Summons and Complaint on Defendant Franciscan Health System, a Washington Corporation d/b/a St. Joseph Hospital.  The Complaint for Damages also names John and Jane Doe(s) 1-10 who have not been served.  Copies of all pleadings on file with the Pierce County Superior Court are attached hereto as **Exhibit A**.

2.	Removal is timely under 28 U.S.C. § 1446(b).

3.	Defendant Franciscan Health System is represented by the undersigned counsel at Williams Kastner & Gibbs, PLLC.

4.	This Court has original jurisdiction over this action under 28 U.S.C. § 1331 as Plaintiff alleges claims arising under the Constitution, treaties or laws of the United States, including:  The Americans with Disabilities Act, 42 U. S. C. § 12111 et. seq.; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq. and the Civil Rights Act of 1866, 42. U.S.C. § 1981.

5.	Pursuant to 28 U.S.C. § 1367 this Court has supplemental jurisdiction over the state law claims alleged in Plaintiff's Complaint including all common law and public policy causes of action pled in the Complaint.

6.	This Court is the proper venue because it is in the district and division that embraces the place where the state court action has been initiated under 28 U.S.C. § 1441(a).

7	Defendant hereby removes the case from Pierce County Superior Court to the United States District Court for the Western District of Washington at Tacoma.

8.	Promptly upon filing this Notice of Removal, Defendant will provide written notice to the Plaintiff in accordance with 28 U.S.C. § 1446(c).  Defendant will likewise file a copy of the Notice of Removal with the Clerk of the Pierce County Superior Court.

9.	By seeking removal, Defendant does not waive any defenses.

NOTICE OF REMOVAL - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3271413.1

1    10.    Defendant reserves the right to amend or supplement this notice of removal.

2    Wherefore, having fulfilled the statutory requirements of removal of this action,

3    Defendant hereby removes this action.

4

5

      DATED this 11th day of October, 2011.

6

7                                              s/Sheryl J. Willert, WSBA #08617
                                          Attorneys for Defendant FRANCISCAN HEALTH SYSTEM

8                                              WILLIAMS, KASTNER & GIBBS PLLC
                                          601 Union Street, Suite 4100

9                                              Seattle, WA  98101-2380
                                          Telephone:  (206) 628-6600

10                                             Fax:  (206) 628-6611
                                          Email:  swillert@williamskastner.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF REMOVAL - 3                                                      **Williams, Kastner & Gibbs PLLC**
                                                                    601 Union Street, Suite 4100
                                                                    Seattle, Washington 98101-2380
                                                                            (206) 628-6600

3271413.1

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on the date specified below, I filed the foregoing with the Clerk of the Court via electronic case filing and a true and correct copy of the foregoing via electronic mail and ABC Legal Messenger to counsel of record for Plaintiff Larry C. Ockletree at the following address:

| Counsel for Plaintiff | | |
|---|---|---|
| Dwayne L. Christopher, PLLC<br>Attorney at Law<br>4008 S Pine St<br>Tacoma, WA  98409<br>T:  253.223.9489<br>F:  253.566.0129<br>E: dwayne@dlclawgroup.com | ☒<br>☐<br>☒<br>☐ | ECF / Email<br>U.S. Mail<br>Legal Messenger<br>Facsimile |

DATED this 11th day of October, 2011.

s/Sheryl J. Willert, WSBA #08617
Attorneys for Defendant FRANCISCAN HEALTH SYSTEM
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:  swillert@williamskastner.com

NOTICE OF REMOVAL - 4

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3271413.1