11-CV-05836-NTC

```
                                    FILED ____ LODGED
                                    ____ RECEIVED
                                    JAN 24 2013
                                CLERK U.S. DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON AT TACOMA
                            BY _____ DEPUTY
```

The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| LARRY C. OCKLETREE, | NO. 11-cv-05836 RBL |
| Plaintiff, | NOTICE OF ATTORNEY GENERAL REGARDING FED. R. CIV. P. 5.1(B) |
| v. | |
| FRANCISCAN HEALTH SYSTEM, et al., | |
| Defendants. | |

The Attorney General does not intend to intervene to present evidence or argument before this court. The Attorney General requests notice of any appeal from counsel for the parties.

DATED this 23rd day of January, 2013.

ROBERT W. FERGUSON
Attorney General

_(signature)_

JAY D. GECK #17916
Deputy Solicitor General
PO Box 40100
Olympia, WA 98504-0100
(360) 586-2697
jayg@atg.wa.gov

NOTICE OF ATTORNEY GENERAL
REGARDING NO. 11-CV-05836

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## PROOF OF SERVICE

I certify that I served a copy of this document on all parties or their counsel of record on the date below:

**Stephanie Bloomfield**
**James W. Beck**
GORDON THOMAS HONEYWELL LLP
PO BOX 1157
TACOMA, WA 98401-1157

**Dwayne L. Christopher**
DWAYNE L. CHRISTOPHER, PLLC
4008 S. PINE STREET
TACOMA, WA 98409

**Karen R Glickstein**
**Christopher L Johnson**
POLSINELLI SHUGHART PC
120 WEST 12TH STREET, SUITE 1600
KANSAS CITY, MO 64105

**Sheryl D.J. Willert**
WILLIAMS KASTNER & GIBBS
601 UNION ST, STE 4100
SEATTLE, WA 98101

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 23rd day of January, 2013, at Olympia, Washington.

*Rosemary Sampson*
Rosemary Sampson, Confidential Secretary

NOTICE OF ATTORNEY GENERAL
REGARDING NO. 11-CV-05836

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200