UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| LARRY C. OCKLETREE, | NO. 11-05836 RBL |
| Plaintiff, | PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT |
| vs | |
| FRANCISCAN HEALTH SYSTEM, et al., | NOTED FOR: May 2, 2014 |
| Defendants. | |

## I.    RELIEF REQUESTED

Plaintiff asks this Court for leave to file a Second Amended Complaint including a state law claim for retaliation based on events that occurred in the month before this matter was stayed.

## II.    FACTS

As the Court is well aware, Larry Ockletree filed this lawsuit following Franciscan Health System's decision to terminate him on September 10, 2010. *Dkt. 1.* The suit was filed in Pierce County Superior Court and removed by Defendant Franciscan Health System on October 11, 2011. *Id.* On January 22, 2012 the Court issued a Minute order setting pretrial deadlines requiring discovery to be completed by October 22, 2012, all

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

dispositive motions to be filed by November 21, 2012, and scheduling trial for February 19, 2013. *Dkt. 13.* Larry Ockletree obtained leave to amend his initial complaint and filed an amended complaint in April 2012. *Dkt. 23, 24.* The parties conducted written discovery and deposed witnesses. *Bloomfield Dec.*

In September 2012 Defendant filed a motion to dismiss certain claims (Dkt. 39) and Plaintiff filed a Motion for Partial Summary Judgment on November 12, 2012, in accord with the Court's deadline for dispositive motions. The court stayed these proceedings on November 29, 2012, pending a decision by the Washington State Supreme Court on the Court's certified questions. *Dkt. 60.*

Meanwhile, in July 2012, Franciscan Health System developed an "Admin Support Clerk" position with the job code of 5596 in "Dept No." 6161 to support the Security Department at St. Joseph Hospital. *Bloomfield Dec. Ex. 1 (Proposed Amended Complaint at Ex. A).* Plaintiff Ockletree was qualified for the "Admin Support Clerk" position and applied for this position on October 18, 2012. *Bloomfield Dec. Ex. 1 (Proposed Amended Complaint at Exs. B and C).* Plaintiff was not hired for the "Admin Support Clerk" position. *Bloomfield Dec.* Plaintiff is filing this motion at this time, because the facts and circumstances supporting a retaliation claim arose during the month preceding the stay of this case. Plaintiff is moving to amend to add this claim in advance of a new joint status report and case scheduling order.

The only substantive change to the Amended Complaint is to assert a claim of retaliation by failing or refusing to hire Plaintiff for a position created in July 2012 and that he applied for in October 2012. The allegations relating to the new claim are included

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

in the Proposed Second Amended Complaint at paragraphs 3.24-3.35 and paragraph 8.4. *Bloomfield Dec. Exhibit C.*

### III.    ISSUE PRESENTED

Should the Court allow Plaintiff to amend his complaint to streamline and more specifically plead his causes of action? <u>Yes</u>.

### IV.    EVIDENCE RELIED UPON

Plaintiff relies on the supporting Declaration of Stephanie Bloomfield with Exhibits and the records and files in this matter.

### V.    ARGUMENT

No new parties are being added and the discreet retaliation claim involves conduct in the July 2012-October 2012 period involving the denial of a position, which Plaintiff asserts was not offered to him because he refused to dismiss the case and settle on Defendant's terms. A party may amend a pleading with the leave of the Court. Fed. R. Civ. P. 15(a). Such leave "<u>shall be freely given</u> when justice so requires." *Id.* (emphasis added). The purpose behind this rule is "to facilitate decisions on merits, rather than on technicalities or pleadings." *James v. Pliler*, 269 F.3d 1124, 1126 (9th Cir. 2001). Amendments are generally allowed absent bad faith, undue delay, futility, or prejudice to the opposing party. *Bonin v. Calderon*, 59 F.3d 815, 845 (9th Cir. 1995). None of those factors are present and the Court should, pursuant to Fed. R. Civ. P. 15(a), grant Plaintiff leave to amend his complaint. This Amendment was proposed as soon as the stay was lifted after the Court issued a request for a Joint Status Report.

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## VI.   CONCLUSION

Plaintiff respectfully requests that this Court grant his motion to amend because justice requires the proposed amendment to permit Mr. Ockletree to assert his retaliation claims in this litigation.  Piecemeal litigation of that issue in a separate proceeding would not be reasonable, and this will benefit the parties and the Court in addressing the claims efficiently as this case moves forward.

Dated this _10th_ day of April, 2014,

GORDON THOMAS HONEYWELL LLP
Co-Attorneys for Plaintiff

By: /s/ Stephanie Bloomfield
       Stephanie Bloomfield, WSBA No. 24251
       sbloomfield@gth-law.com

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

CERTIFICATE OF SERVICE

I hereby certify that I served the attached **PLAINTIFF'S MOTION TO AMEND AMENDED COMPLAINT** by causing the same to be served by CM/ECF e-service on counsel for defendants at swillert@williamskastner.com, kglickstein@polsinelli.com, and cjohnson@polsinelli.com.

Dated this 10th day of April, 2014.

By: _____
Christine L. Scheall
Legal Assistant

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565