THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY C. OCKLETREE,<br><br>                             Plaintiff,<br>vs<br><br>FRANCISCAN HEALTH SYSTEM, et al.,<br><br>                             Defendants. | NO.  11-05836 RBL<br><br>STIPULATED MOTION TO DISMISS PLAINTIFF'S RACE DISCRIMINATION CLAIMS<br><br>Noted:  June 20, 2014 |

COME NOW the parties, by and through their respective counsel, and move and stipulate that the Plaintiff's race discrimination claims under state and federal law shall be dismissed with prejudice.  Each party shall bear its own attorney's fees and litigation expenses for work related exclusively to Plaintiff's race discrimination claims.

Dated this 20th day of June, 2014.

ATTORNEYS FOR PLAINTIFF:

DWAYNE L. CHRISTOPHER, PLLC
Dwayne L. Christopher, WSBA #28892

GORDON THOMAS HONEYWELL LLP

By: /s/ James W. Beck
James W. Beck, WSBA No. 34208
jbeck@gth-law.com
Stephanie Bloomfield, WSBA No. 24251
sbloomfield@gth-law.com

STIPULATED MOTION TO DISMISS PLAINTIFF'S
RACE DISCRIMINATION CLAIMS - 1 of 2
[100089370.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

        WILLIAMS KASTNER & GIBBS
           Co-Attorneys for Plaintiff

        By: /s/ Sheryl D. Willert
           Sheryl D. J. Willert, WSBA No. 08617
           swillert@williamskastner.com

        POISNELLI SHUGHART PC
           Co Attorneys for Plaintiff

        By: /s/ Karen Glickstein
           Karen Glickstein, WSBA No. 9595
           kglickstein@Polsinelli.com

STIPULATED MOTION TO DISMISS PLAINTIFF'S
RACE DISCRIMINATION CLAIMS - 2 of 2
[100089370.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565