THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY C. OCKLETREE,<br><br>                    Plaintiff,<br><br>vs.<br><br>FRANCISCAN HEALTH SYSTEM, et al.,<br><br>                    Defendants. | NO.  11-05836 RBL<br><br>STIPULATED ORDER OF DISMISSAL |

### STIPULATION

COME NOW the parties, by and through their respective counsel, and stipulate to the entry of an Order of Dismissal of the above-entitled action, such dismissal to be with prejudice and without costs to either party.

DATED this 24th day of July 2014.

ATTORNEYS FOR PLAINTIFF:

DWAREN L. CHRISTOPHER, PLLC           GORDON      THOMAS      HONEYWELL      LLP
Dwayne L. Christopher, WSBA #28892
                                       By: /s/ James W. Beck
                                           James W. Beck, WSBA No. 34208
                                           jbeck@gth-law.com
                                           Stephanie Bloomfield, WSBA No. 24251
                                           sbloomfield@gth-law.com

STIPULATED ORDER OF DISMISSAL - 1 of 2
(11-05836 RBL)
[100092811.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

|   |   |
|---|---|
| 1 | WILLIAMS KASTNER & GIBBS |
| 2 | Co-Attorneys for Plaintiff |

WILLIAMS KASTNER & GIBBS
Co-Attorneys for Plaintiff

By: /s/ Sheryl D. J. Willert
    Sheryl D. J. Willert, WSBA No. 08617
    swillert@williamskastner.com

POISNELLI PC
Co Attorneys for Plaintiff

By: /s/ Karen Glickstein
    Karen Glickstein, (pro hac vice)
    kglickstein@Polsinelli.com

### ORDER

Based on the foregoing Stipulation, the above-entitled action is hereby DISMISSED, with prejudice, and without costs to either party.

DATED this _____ day of July 2014.

_____
THE HONORABLE RONALD LEIGHTON
U.S. DISTRICT COURT JUDGE

PRESENTED BY:

GORDON THOMAS HONEYWELL LLP
Attorneys for Plaintiff

By: /s/ James W. Beck
    James W. Beck, WSBA No. 34208
    jbeck@gth-law.com
    Stephanie Bloomfield, WSBA No. 24251
    sbloomfield@gth-law.com

Dwayne L. Christopher, WSBA No. 28892
DWAYNE L. CHRISTOPHER, PLLC
dwayne@dlclawgroup.com

STIPULATED ORDER OF DISMISSAL - 2 of 2
(11-05836 RBL)
[100092811.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565